IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ABIGAIL PATRICIA WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00771 |
| ) | |
| SYLVIA VANDERBILT et al., ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| Defendants. ) | |

## TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES AND DEBORAH DIAZ'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants, the Tennessee Department of Children's Services (DCS) and Deborah Diaz in her official capacity, move to dismiss the Amended Complaint. The Amended Complaint brings four claims under 42 U.S.C. § 1983. All four are alleged against DCS, and one of them (Claim 4) is alleged against Ms. Diaz. (*See* D.E. 47, at 21–29.)

Pursuant to Fed. R. Civ. P. 12(b)(1) and (5), DCS moves to dismiss the Amended Complaint for lack of subject-matter jurisdiction and insufficient service of process. First, this Court lacks subject-matter jurisdiction over the claims against DCS because they are barred by the Eleventh Amendment to the U.S. Constitution. Second, service upon DCS was insufficient under Fed. R. Civ. P. 4(j)(2).

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Ms. Diaz moves to dismiss the Amended Complaint for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. First, this Court lacks subject-matter jurisdiction over the claim against Ms. Diaz (who has been sued in her official capacity only) because it is barred by the Eleventh Amendment. Second, because the Amended Complaint does not particularly allege any facts showing what Ms.

1

Diaz did to violate Plaintiff's asserted constitutional rights, Plaintiff has failed to state a claim against Ms. Diaz.

In support of their motion, DCS and Ms. Diaz rely on the accompanying memorandum of law.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ *Jordan K. Crews*
JORDAN K. CREWS, BPR #34541
Senior Assistant Attorney General
COURTNEY J. MOHAN, BPR #39177
Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-7913; (615) 741-6647
jordan.crews@ag.tn.gov
courtney.mohan@ag.tn.gov

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been forwarded by first-class U.S. Mail, postage paid, to:

Abigail Patricia West
940 Colfax Drive
Nashville, TN 37214
*Pro se Plaintiff*

I also certify that a true and exact copy of the foregoing Motion has been forwarded via the District Court's electronic filing system to:

Ashley B. Tipton
Sara F. Reynolds
Anderson & Reynolds, PLC
120 30th Avenue North
Nashville, TN 37203
awaddle@andersonreynolds.com
sreynolds@andersonreynolds.com

John W. Ayers
Metropolitan Legal Department
P.O. Box 196300
Nashville, TN 37219
will.ayers@nashville.gov

Jeffrey L. Griffin
Jonathan T. Martin
Harris, Shelton, Hanover & Walsh, PLLC
6060 Primacy Parkway, Suite 100
Memphis, TN 38119
jgriffin@harrisshelton.com
jmartin@harrisshelton.com

on this the 11th day of February 2022.

/s/ *Jordan K. Crews*
JORDAN K. CREWS
Senior Assistant Attorney General